# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

STEVEN A. MARTIN,

    Plaintiff,

v.

JAMES E. TILTON, *et al.*,

    Defendants.

Case No. 2:08-cv-01283-LDG

**ORDER**

The Court of Appeals referred this matter to this court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. As the court finds neither that this appeal is frivolous or taken in bad faith,

THE COURT **ORDERS** that Plaintiff's *In Forma Pauperis* status is not revoked.

DATED this 19 day of September, 2012.

Lloyd D. George
United States District Judge